19680.  SCALES *v.* NEAL.

Mobley, Justice.  From an examination of the pleadings in this case, it appears that it is not one involving title to land, and is not for any other reason a case over which the Supreme Court has jurisdiction under article 6, section 2, paragraph 4 of the Constitution.  Accordingly, the case is

*Transferred to the Court of Appeals.  All the Justices concur.*

ARGUED APRIL 9, 1957—DECIDED APRIL 15, 1957.

*J. T. Sisk,* for plaintiff in error.

*A. S. Skelton, Johnson & Johnson, Marshall L. Allison,* contra.